AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Ashutosh Kumar, individually, and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>S & A STORES INC, Ronald Ades individually, Morris Ades individually, Louis Ades (dec., his heirs and assigns) individually, Isaac Kairey, individually Nadeem Choudhury, individually<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-8871 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nadeem Choudhury c/o S & A STORES INC.
450 Seventh Avenue, Suite 701
New York, New York, 10123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Slater Slater Schulman LLP
445 Broad Hollow Road, #419
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/13/2023                                         /s/ P. Canales
                                                                  *Signature of Clerk or Deputy Clerk*