

**SLATER SLATER SCHULMAN LLP**
ATTORNEYS AT LAW

## MEMO ENDORSED

September 26, 2024

**VIA ECF**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square,
Room 2202
New York, NY 10007

The application is __X__ granted
_____ denied

Edgardo Ramos, U.S.D.J
Dated: September 26, 2024
New York, New York

> **Re:    Kumar v. S & A Stores, Inc. et al**
> **23-cv-08871-(ER)**

Dear Judge Ramos:

This office represents Mr. Ashutosh Kumar ("Plaintiff") in the above-mentioned matter. Pursuant to Your Honor's September 6, 2024, Order, Plaintiff writes to request an extension to comply with the Court's instructions regarding the proposed settlement. Plaintiff respectfully requests a return date of October 10, 2024, to return the proposed settlement to the Court for further review. This is Plaintiff's first request for an extension regarding the proposed settlement agreement. Defendants agreed to the requested extension of time.

We thank the Court in advance for its attention to this matter.

Sincerely,

SLATER SLATER SCHULMAN LLP

John C. Luke, Jr.
John C. Luke, Jr.

cc: All Counsel of Record (VIA ECF)