

**SLATER SLATER SCHULMAN LLP**
ATTORNEYS AT LAW

October 10, 2024

**MEMO ENDORSED**

**VIA ECF**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
Room 2202
New York, NY 10007

The application is __X__ granted
                   ____ denied

_[signature]_
Edgardo Ramos, U.S.D.J
Dated: __10/11/2024__
New York, New York

Re:   Kumar v. S & A Stores, Inc. et al
      23-cv-08871-(ER)

Dear Judge Ramos:

This office represents Mr. Ashutosh Kumar ("Plaintiff") in the above-mentioned matter. Pursuant to Your Honor's September 26, 2024, Order, Plaintiff writes to request an extension to comply with the Court's instructions regarding the proposed settlement. Plaintiff respectfully requests a return date of October 18, 2024, in order to have Plaintiff fully review the revised language of the proposed settlement. This is Plaintiff's second request for an extension regarding the proposed settlement agreement. Defendants agreed to the requested extension of time.

We thank the Court in advance for its attention to this matter.

Sincerely,

SLATER SLATER SCHULMAN LLP

_John C. Luke, Jr._
John C. Luke, Jr.

cc: All Counsel of Record (VIA ECF)

www.sssfirm.com
NEW YORK | CALIFORNIA | NEW JERSEY | PENNSYLVANIA | LOUISIANA | ARKANSAS | NEW MEXICO | NORTH CAROLINA
445 Broad Hollow Road, Suite 419, Melville, NY 11747 | 631.420.9300