UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHUTOSH KUMAR, *and all those similarly situated*,

Plaintiff,

– *against* –

S & A STORES INC, RONALD ADES, MORRIS ADES, LOUIS ADES (deceased, his heirs and assigns), ISAAC KAIREY, *and* NADEEM CHOUDHURY,

Defendants.

**ORDER**

23-cv-8871 (ER)

RAMOS, D.J.:

Ashutosh Kumar brought this putative class action against defendants S & A Stores Inc, Ronald Ades, Morris Ades, Louis Ades, Isaac Kairey, and Nadeem Choudhury ("Defendants") on October 10, 2023. Doc. 1. Kumar alleged violations of the Fair Labor Standards Act ("FLSA"), the New York Labor Law ("NYLL"), the New York Wage Theft Prevention Act ("WTPA"), and the New Jersey Wage Law ("NJWHL"). *Id.* ¶¶ 9–14.

On May 2, 2024, the parties filed an initial proposed settlement agreement for the Court's approval, which was denied on September 6, 2024, because it did not provide estimates regarding Kumar's maximum potential recovery and included an objectionable non-disparagement provision. Docs. 15, 18. On Jaunary 31, 2025, the parties filed a second motion for settlement, which the Court denied on February 4, 2025, because it did not provide Kumar's estimated maximum possible recovery if he were to succeed at trial. Docs. 26, 27. The parties filed thier third motion for approval of their settlement agreement on April 11, 2025, Doc. 29, which the Court denied on May 2, 2025 because the settlement agreement included a release that improperly discharged claims outside of Kumar's wage-and-hour allegations. Doc. 30 at 5. The Court held an in-person conference on February 3, 2026, during which the parties requested until March 12, 2026

to submit an updated settlement agreement. Thereafter, on March 11, 2026, Plaintiff, on consent, requested that the deadline to submit updated settlement agreement be extended to March 25, 2026. Doc. 34. The Court granted the extension on March 12, 2026. Doc. 35. On April 3, 2026, when the parties failed to submit an updated settlement agreement, the Court ordered they submit the agreement no later than April 8, 2026 or stipulate to dismissal of the case without prejudice. On April 7, 2026, the parties requested another extension through April 16, 2026 to file the updated settlement agreement, which the Court granted the same day. Docs. 37–38.

More than six months after the latest extension, the parties have still failed to file an updated settlement agreement. The parties are hereby ordered to submit the updated settlement agreement by no later than **October 27, 2026** or stipulate to dismissal of the case without prejudice, which the Court need not approve under current Second Circuit case law. *See Cheeks*, 796 F.3d at 201 n.2. Failure to do so, or take other action, will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: October 20, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.